IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SEBASTIAN GREEN, SHANNON )
DUNCAN, KATHRYN SPEARS, )
KYLE SPEARS, JERRY PARKER, )
)
    PLAINTIFFS, )
)
v. )   CASE NO.: 5:16-207-HGD
)
RAFAEL EDWARD (TED) )
CRUZ, )
)
    DEFENDANT. )

## AMENDED COMPLAINT

COME NOW the Plaintiffs, SEBASTIAN GREEN, SHANNON DUNCAN, KATHRYNE SPEARS, KYLE SPEARS, and JERRY PARKER, through their attorney of record, Thomas E. Drake, II, and amends their Complaint as follows:

1. By adding those additional allegations which follow:

## ALLEGATIONS

16. Plaintiffs allege that they have a legally protected right to vote for lawfully qualified candidates, and, see that unqualified or ineligible candidates be removed so votes cannot be syphoned off from those lawfully balloted.

17. Plaintiffs allege that the injury they will suffer is actual and imminent; not speculative nor conjectural.

18. That the injury alleged would be redressed by a favorable decision of the Court.

19. That if Mr. Cruz were allowed to run as a candidate, the Plaintiffs right to have only lawful and constitutionally qualified candidates to run would be violated.

/s/ **Thomas E. Drake, II**
Thomas E. Drake, II   Dra 012
Attorney for the Plaintiffs
419 2nd Avenue SW, Suite B
Cullman Alabama 35055
(256) 739-9445
tomdrake@bellsouth.net