FILED
2016 May-04  AM 08:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SEBASTIAN GREEN, et al., | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 5:16-cv-00207-HGD |
| RAFAEL EDWARD CRUZ, | ) |
| Defendant | ) |

**O R D E R**

Plaintiffs filed the complaint in this action on February 3, 2016. To date, plaintiffs have not perfected service of the summons and complaint on defendant. Accordingly, it is ORDERED that plaintiffs SHOW CAUSE, within fourteen (14) days from the date of entry of this order, why this action should not be dismissed for want of prosecution pursuant to Rule 4(m), Fed.R.Civ.P. **Plaintiffs are advised that failure to respond to this order will result in dismissal of this action for want of prosecution.**

DONE and ORDERED this 4th day of May, 2016.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE