FILED
2016 May-10 AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT OF THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **SEBASTIAN GREEN, SHANNON DUNCAN, KATHRYNE SPEARS, KYLE SPEARS, JERRY PARKER,** | ) ) ) |
| **PLAINTIFFS,** | ) |
| v. | )     **CASE NO.: 5:16-cv-00207-HGD** |
| **RAFAEL EDWARD (TED) CRUZ,** | ) ) |
| **DEFENDANT.** | |

## MOTION TO DISMISS

COME NOW the Plaintiffs, SEBASTIAN GREEN, SHANNON DUNCAN, KATHRYNE SPEARS, KYLE SPEARS, and JERRY PARKER, by and through their attorney of record, Thomas E. Drake, II, and moves this Honorable Court as follows:

1. To dismiss the Plaintiffs Complaint without prejudice.

2. For ought considered, it appears that the Plaintiffs cause has been mooted.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to dismiss their Complaint.

**/s/Thomas E. Drake, II**
Thomas E. Drake II DRA 012
Attorney for the Plaintiffs
419 2nd Ave SW Suite B
Cullman, AL 35055
(256) 739-9445
tomdrake@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion on all parties of record by electronic filing.

This the 10th day of May, 2016.

**/s/Thomas E. Drake, II**
Thomas E. Drake, II