FILED
2016 May-10  AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SEBASTIAN GREEN, et al., | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 5:16-cv-00207-HGD |
| RAFAEL EDWARD CRUZ, | ) |
| Defendant | ) |

## DISMISSAL ORDER

Plaintiffs have filed a Motion to Dismiss. (Doc. 4). It is ORDERED, ADJUDGED and DECREED that plaintiffs' motion is GRANTED and this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED this 10th day of May, 2016.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE